FILED

2003 OCT 23  A 11: 49

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. McCANN | : | CIVIL ACTION NO: |
| Plaintiff, | : | |
| vs. | : | 3:01CV2281(RNC) |
| ROYAL GROUP, INC. and ROYAL & SUN ALLIANCE, USA, INC., | : | |
| Defendants | : | OCTOBER 22, 2003 |

### VERIFIED BILL OF COSTS

Pursuant to Local Rule of Civil Procedure 17(c), the defendants, Royal Group, Inc. and Royal & Sun Alliance, USA, Inc., set forth below those items considered taxable and recoverable costs. The costs are for: (1) fees paid to the Clerk of the United States District Court for removal of this action; and (2) court transcripts of hearings obtained in preparation of defendants' case.

| | | |
|---|---|---|
| Clerk, United States District Court | | $150.00 |
| Court Transcripts: | | |
| Bowles Reporting Service | $30.74 | |
| John C. Brandon, RPR | $38.62 | $ 69.36 |
| **TOTAL COSTS** | | $219.36 |

DEFENDANTS
ROYAL GROUP, INC. and ROYAL &
SUNALLIANCE USA, INC.

By: _____
Albert Zakarian (ct#04201)
Eric L. Sussman (ct#19723)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent, via overnight delivery, this date, to:

Peter A. Cross, Esq.
Catherine M. Diamente, Esq.
Jacob, Medinger & Finnegan, LLP
1270 Avenue of the Americas
New York, New York 10020

_____
Albert Zakarian