FILED

2003 OCT 23 A 11: 49

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. McCANN | : | CIVIL ACTION NO: |
| Plaintiff, | : | |
| vs. | : | 3:01CV2281(RNC) |
| ROYAL GROUP, INC. and ROYAL & SUN ALLIANCE, USA, INC., | : | |
| Defendants | : | OCTOBER 22, 2003 |

### AFFIDAVIT OF ALBERT ZAKARIAN

I, Albert Zakarian, being duly sworn, depose and say:

1. I am a resident of the State of Connecticut.

2. I am over 18 years of age and believe in the obligation of an oath.

3. I have personal knowledge of the facts attested to in this Affidavit.

4. I am a Partner with the law firm of Day, Berry & Howard, and served as defendants' counsel in this action. I submit this Affidavit in support of the defendants' Bill of Costs submitted herewith. The defendants, Royal Group, Inc. and Royal & Sun Alliance, USA,, Inc., ("Defendants"), are entitled to these costs as the prevailing party against John J. McCann ("Plaintiff").

5. On November 15, 2001 Plaintiff filed a Summon and Complaint against Defendants in the Superior Court for the Judicial District of Hartford.

6. On December 5, 2001 Defendants filed a Petition for Removal; Notice to Counsel and Pro Se Parties; Order on Pretrial Deadlines; Order re: Disclosure Statement; Standing Order; and Notice to Counsel re: Local Rule 7(B) with the Clerk of this Court.

7. On December 11, 2001 this Court (Hall, J.) entered an Order to Transfer.

8. On July 3, 2002 this Court entered a Recommended Ruling in favor of the Defendants which Ruling was approved and adopted on July 24, 2002 and entered Judgment in favor of the Defendants. On August 5, 2002 Plaintiff filed a Motion for Relief from Judgment and on August 30, 2002 this Court entered a Recommended Ruling in favor of the Defendants which Ruling was approved and adopted on September 30, 2002 (Chatigny, J.).

9. On June 13, 2002 Plaintiff filed an appeal with the United States Court of Appeals for the Second Circuit.

10. On October 10, 2003 the United State Court of Appeals for the Second Circuit issued a Summary Order affirming the judgment of the District Court.

11. I have reviewed the accompanying Defendants' Verified Bill of Costs for taxation pursuant to Local Rule 17. The fees charged in the Bill of Costs are accurate and correct and represent costs that necessarily were incurred by Defendants in defending against Plaintiff's claims.

_____
Albert Zakarian

Subscribed and sworn to before me this 22nd day of October, 2003.

*[signature]*

Notary Public
My Commission Expires:

CARMELA R. LIVINGSTON
*NOTARY PUBLIC*
MY COMMISSION EXPIRES SEP. 30, 2006