UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. McCANN | : |
| Vs. | : CASE NO. 3:01CV2281(RNC) |
| ROYAL GROUP, INC., et al | : |

RULING ON VERIFIED BILL OF COSTS

Judgment entered for the defendants on July 24, 2002, after an endorsement ruling entered approving the Magistrate Judge's recommended ruling. An amended judgment entered for the defendants on September 30, 2002, after an endorsement ruling entered approving the Magistrate Judge's recommended ruling over objection. Plaintiff filed a notice of appeal on October 22, 2002. Defendants filed a verified bill of costs on October 23, 2003. A mandate was filed on November 24, 2003, affirming the judgment. No objection has been filed to date, and the matter is now ripe for consideration. For the reasons stated below, the defendant's bill of costs is granted in part and denied in part.

A. <u>CLERK, UNITED STATES DISTRICT COURT:</u> Pursuant to Local Rule 54(c)4(iii), fees incurred in removing a case from state court are taxable as costs. Defendants have submitted a claim for $150.00. Court records reflect that the filing fee in the amount of $150.00 was paid by the defendants on December 5, 2001. Therefore, this claim is allowed in the amount of $150.00.

B. <u>COURT TRANSCRIPTS:</u> Defendants have submitted claims in the amount of $30.74 and $38.62. However, there is no indication of what these transcripts were used for, the authority to support these claims or documentation to reflect who was deposed, the number of pages and the page rate. Therefore, these claims are denied without prejudice to renewal within ten days upon the submission of the proper authority and documentation.

C.  <u>SUMMARY</u>: For the reasons previously stated, defendants' verified bill of costs is allowed in the amount of $150.00.

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 2nd day of February, 2004.

                                      KEVIN F. ROWE, CLERK

                        By:    /s/
                             Mary A. Wiggins
                             Deputy-in-Charge